**Hearing Date:**     **October 30, 2018 @ 10:00 A.M.**
        Objection Deadline:     October 22, 2018

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

MARSHA A. RIZZO,          :     Bk. Case No. 18-12045 (BLS)

    Debtor.                       :     Chapter 13

## NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Dismiss the within Debtor's case is scheduled for **Tuesday, October 30, 2018 @ 10:00 A.M.** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware.

**RESPONSES,** if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington, Delaware 19899-1350 on or before **October 22, 2018.**

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE CASE WILL BE DISMISSED WITHOUT FURTHER HEARING.**

                                                s/ Michael B. Joseph
                                                Michael B. Joseph, Esquire
                                                824 Market Street, Suite 1002
                                                P.O. Box 1350
                                                Wilmington, Delaware 19899-1351
                                                302-656-0123
                                                Chapter 13 Trustee

Dated: October 2, 2018

        **Hearing Date:**    **October 30, 2018 @ 10:00 A.M.**
        Objection Deadline:    October 22, 2018

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

MARSHA A. RIZZO,                             :         Bk. Case No. 18-12045 (BLS)

    Debtor.                                      :         Chapter 13

## **TRUSTEE'S MOTION TO DISMISS**

    Michael B. Joseph, Esquire, Chapter 13 Trustee ("Chapter 13 Trustee") respectfully moves this Honorable Court for an Order Dismissing the above-captioned case, based upon the following:

    1. Marsha A. Risso, Debtor ("Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on September 10, 2018 ("Debtor' Case No: 3").

    2. On June 5, 2014 the Debtor filed a Chapter 13 case in this District, being Case No: 14-11425, which was dismissed by the Court on October 26, 2015 ("Debtor's Case No: 1").

    3. On April 21, 2016 the Debtor filed a Chapter 7 case in this District, being Case No: 16-11013, in which she received a Chapter 7 Discharge on August 10, 2016 ("Debtor's Case No. 2"). Debtor therefore is not entitled to a Chapter 13 Discharge in the current case.

    4. The first case commenced by the Debtor was dismissed by the Court for failure to timely file schedules, a plan or make timely plan payments.

    5. The fact that the Debtor has commenced three (3) cases in close succession indicate a serial filing by the Debtor that lacks evidence of good faith in properly seeking relief under Chapter 13 of the Bankruptcy Code, and is abusive.

6. The Debtor's abusive filing of bankruptcy petitions require the imposition of appropriate sanctions by the Court to remedy and deter such conduct.

WHEREFORE, it is respectfully requested that this Court enter an Order dismissing this case with prejudice in the form attached and grant Trustee such other and further relief as the Court deems necessary and just.

s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

Dated: October 2, 2018

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

MARSHA A. RIZZO,                :    Bk. Case No. 18-12045 (BLS)

   Debtor.                         :    Chapter 13

## **O R D E R**

**AND NOW, TO-WIT,** this _____ day of _____, 2018 upon Notice and Hearing of Trustee's Motion to Dismiss,

**IT IS ORDERED,** that the Debtor's petition is hereby dismissed with prejudice, and the Debtor is barred for filing for bankruptcy relief for two (2) years of the date of this Order.

**IT IS FURTHER ORDERED,** should the Debtor file a Bankruptcy Petition, in any District, in violation of this Order, the automatic stay of 11 U.S.C. Section 362 shall not go into effect and such filing shall be deemed a nullity.

                                                                                        _____
                                                                                        United States Bankruptcy Judge

ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee in the within matter, do hereby certify that on this 2nd day of October, 2018, I caused one copy of the within Notice of Hearing and Motion to Dismiss be served by United States Mail, Postage Prepaid, on the following:

Marsha A. Rizzo
753 Staghorn Drive
New Castle, DE 19720
Debtor

Erin K. Brignola, Esquire
30 Fox Hunt Drive
Bear, DE 19701
Attorney for Debtor

               s/ Michael B. Joseph
               Michael B. Joseph, Esquire
               824 Market Street, Suite 1002
               P.O. Box 1350
               Wilmington, Delaware 19899-1350
               Chapter 13 Trustee